IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERICKA DENISE MOON,**

    **Plaintiff,**

**vs.**                                  **Case No. 4:11cv619-SPM/WCS**

**MS. MENDEZ, et al.,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

    This case is before the court upon referral from the Clerk. This case was transferred to this Court from the Southern District of Alabama on December 9, 2011. Doc. 5. Plaintiff is incarcerated at FCI, Tallahassee, and the Defendants are all located in Tallahassee. In an order entered January 3, 2012, the Plaintiff was directed to either pay the $350.00 filing fee or submit a motion for leave to proceed in forma pauperis by January 31, 2012. That same order directed the Plaintiff to submit an amended complaint by the same date. Doc. 7. To date, no response has been received from the Plaintiff.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Plaintiff has failed to comply with an order or to prosecute this case, this complaint should now be dismissed without prejudice.

Plaintiff shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Plaintiff a final opportunity to show good cause for this failure to respond. Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on February 13, 2012.

        s/ William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**