IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERICKA DENISE MOON,

    Plaintiff,

v.        CASE NO. 4:11cv619-SPM/WCS

MS. MENDEZ, et al.,

    Defendants.

_____/

### ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated February 13, 2012 (doc. 8). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice for Plaintiff's failure to

prosecute and failure to comply with an order of the Court.

DONE AND ORDERED this 26th day of March, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO. 4:11cv619-SPM/WCS